IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE CASSESE f/k/a DENISE CALIGIURI, on her own behalf and behalf of a minor ALANA CALIGIURI, and LOUIS CALIGIURI III,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, as the Commissioner of the Social Security Administration,<br><br>Defendant. | Civil Action No. CV-07-3744 (SJF)<br><br>Sandra J. Feuerstein, USDJ |

[~~PROPOSED~~] ORDER

This matter having come before the Court on the motion of Joseph S. Tusa and Tusa P.C., dated April 21, 2011, it is hereby Ordered as follows:

1. Whalen & Tusa, P.C. having been dissolved by the New York Secretary of State on April 18, 2011, Tusa P.C. is hereby substituted for Whalen & Tusa, P.C. for all purposes in this action.

2. The Clerk is directed to revise the docket in this action and the appearances of counsel to reflect this Order of the Court.

3. Nothing in this Order shall deny any former shareholder of Whalen & Tusa, P.C. the opportunity to make an appropriate application for an allocation of attorneys' fees, if such fees are awarded or approved by this Court, nor the right of any co-counsel for Plaintiffs or the certified class to oppose such application.

So Ordered this
22 day of April, 2011

_____
Sandra J. Feuerstein, USDJ